# Third District Court of Appeal

## State of Florida

Opinion filed November 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1320
Lower Tribunal Nos. 09-50922, F08-34057,
F85-32539, F85-32540, F85-32541, & F86-4671

_____

**Juan Francisco Vega,**
Petitioner,

vs.

**The State of Florida, et al.,**
Respondents.

A Case of Original Jurisdiction—Petition for Belated Appeal.

Juan Francisco Vega, in proper person.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for respondent The State of Florida.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Juan Francisco Vega petitions for belated appeal of a trial court order finding no probable cause to release Vega from his involuntary civil commitment under the Jimmy Ryce Act. See § 394.918(1), Fla. Stat. (2022). Because the instant proceedings are civil in nature, Vega is not entitled to relief in this Court under Florida Rule of Appellate Procedure 9.141(c). See In re Commitment of May, 975 So. 2d 579, 580-81 (Fla. 2d DCA 2008). Further, because Vega's "petition presents a factual issue about whether he timely instructed his attorney to file an appeal," Vega must first file a petition for writ of habeas corpus in the trial court "so that the trial court may resolve the factual issues that may entitle him to a belated appeal" in this Court. Id. at 581-82.

Accordingly, we dismiss the instant petition for lack of jurisdiction, without prejudice to Vegas filing a petition for writ of habeas corpus in the trial court.

Petition dismissed.